# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES of GEORGIA, LOUISIANA, and TENNESSEE ex rel. GREGORY FOLSE,<br><br>Plaintiffs,<br><br>v.<br><br>CARE SERVICES MANAGEMENT LLC, FLEUR DE LIS MOBILE DENTAL LLC, GEORGIA MOBILE DENTAL LLC, and DOES 1-100,<br><br>Defendants. | Civil Action No.<br><br>**COMPLAINT FOR VIOLATION OF THE FALSE CLAIMS ACT [31 U.S.C. §§ 3729 et seq.]; GEORGIA FALSE MEDICAID CLAIMS ACT [Ga. Code Ann. §§ 49-4-168.1 et seq.]; LOUISIANA MEDICAL ASSISTANCE PROGRAMS INTEGRITY LAW [La. Rev. Stat. §§ 46:437 et seq.]; TENNESSEE FALSE CLAIMS ACT AND MEDICAL ASSISTANCE ACT [Tenn. Code Ann. §§ 4-18-101 et seq.; 71-5-182 et seq.]**<br><br>**FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)**<br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING EX PARTE MOTION TO FILE
## FALSE CLAIMS ACT COMPLAINT UNDER SEAL

This matter comes before the Court on the Plaintiffs' – Relators Ex Parte Motion to File False Claims Act Complaint Under Seal. Pursuant to the requirements of the Federal False Claims Act, 31 U.S.C. § 3730(b)(2), it is hereby ORDERED AND ADJUDGED that the Complaint shall be sealed for at least sixty days and shall not be served on Defendants until this Court so orders.

SO ORDERED this _____ day of _____, 2016.

_____
UNITED STATES JUDGE