# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES of GEORGIA, LOUISIANA, and TENNESSEE ex rel. GREGORY FOLSE,<br><br>    Plaintiff-Relator,<br><br>v.<br><br>CARE SERVICES MANAGEMENT LLC, FLEUR DE LIS MOBILE DENTAL LLC, GEORGIA MOBILE DENTAL LLC, and DOES 1-100,<br><br>    Defendants. | CIVIL ACTION NO. 3:17-cv-1478<br><br>FILED IN CAMERA AND UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)<br><br>JURY TRIAL DEMANDED |

## MOTION FOR ADMISSION *PRO HAC VICE*

By and through undersigned counsel, a member of good standing of the Bar of this Court, comes the plaintiff-relator, Gregory Folse, pursuant to Rule 83.01 of the Local Rules of the United States District Court for Middle District of Tennessee, and respectfully requests an Order from this Court enrolling the following attorney as co-counsel of record in the above-captioned matter:

  Erika Kelton
  Phillips & Cohen, LLP
  2000 Massachusetts Ave. NW
  Suite 1000
  Washington, DC 20036
  (202) 833-4567

Ms. Kelton is ineligible to become a member of the Bar of this Court because she is not a member of the Bar of the State of Tennessee; she is not a resident in this district and does not

maintain an office in this district. She is a member in good standing of the bar of the United States District Court for the District of Columbia. There are no pending disciplinary proceedings against Ms. Kelton in any State or Federal Court. A certificate of good standing from the United States District Court for the District of Columbia is attached.

Respectfully submitted,

/s/ Michael Hamilton
Michael Hamilton (Bar # 010270)
PROVOST UMPHREY LAW FIRM, LLP
4205 Hillsboro Pike, Suite 303
Nashville, Tennessee 37215
(615) 297-1932
(615) 297-1986

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Motion For Admission Pro Hac Vice has been forwarded on this the 4th day of December, 2017 to the following via US Mail or electronic mail:

The Honorable Jefferson B. Sessions III
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Donald Q. Cochran, Esq.
United States Attorney for the
Middle District of Tennessee
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203

Attorney General Herbert Slattery III
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207

Norman Tidwell
Director, Medicaid Fraud Control Unit
Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216-2639

Attorney General Christopher M. Carr
State of Georgia
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Ga 30334

Van Pearlberg, Esq.
Director, Medicaid Fraud Control Unit
Medicaid Fraud Control Unit of Georgia
200 Piedmont Ave., SE
West Tower, 19th Floor
Atlanta, GA  30334

Attorney General Jeff Landry
State of Louisiana
Office of the Attorney General
Post Office Box 94005
Baton Rouge, LA 70804

Ellison C. Travis, Esq. (by email)
Director, Medicaid Fraud Control Unit
P.O. Box 94005
Baton Rouge, LA 70804-9005

Mark H. Wildasin, Esq. (by email)
Chief, Civil Division
Office of the United States Attorney
Middle District of Tennessee
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203

Jason Ehrlinspiel, Esq. (by email)
Assistant United States Attorney
Office of the United States Attorney
Middle District of Tennessee
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203

/s/Michael Hamilton
Michael Hamilton