# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES of GEORGIA, LOUISIANA, and TENNESSEE ex rel. GREGORY FOLSE,<br><br>Plaintiffs,<br><br>v.<br><br>CARE SERVICES MANAGEMENT LLC, FLEUR DE LIS MOBILE DENTAL LLC, GEORGIA MOBILE DENTAL LLC, and DOES 1-100,<br><br>Defendants. | Case No.: 3:17-CV-01478 *SEALED*<br><br>DOCUMENT TO BE KEPT UNDER SEAL |

## Motion for Extension of Time to File for Admission *Pro Hac Vice*

Luke J. Diamond, undersigned counsel for Plaintiff-Relator Gregory Folse hereby moves for an extension of time to file for admission *pro hac vice*. Counsel's admission to the bar of the U.S. District Court for the District of Columbia is currently pending, and Counsel expects to be sworn in at the next available ceremony, which will take place in January 2018. At such time, undersigned Counsel will expeditiously file for admission to this Court.

Dated: _____

/s/ Luke J. Diamond
Luke J. Diamond
ldiamond@phillipsandcohen.com
Phillips & Cohen, LLP
2000 Massachusetts Ave., NW
Washington, DC 20036
Tel: (202) 833-4567
Fax: (202) 833-1815

/s/ Michael Hamilton
Michael Hamilton
TN Bar No.: 010720
mhamilton@pulf.com

Provost Umphrey Law Firm, LLP
4205 Hillsboro Pike, Suite 303
Nashville, TN 37215
Tel: (615) 297-1932
Fax: (615) 297-1986

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion For Admission Pro Hac Vice has been forwarded on this the 4th day of December, 2017 to the following via US Mail or electronic mail:

The Honorable Jefferson B. Sessions III
Attorney General of the United States
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Donald Q. Cochran, Esq.
United States Attorney for the
Middle District of Tennessee
110 9th Avenue South, Suite A-961
Nashville, Tennessee  37203

Attorney General Herbert Slattery III
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202-0207


Norman Tidwell
Director, Medicaid Fraud Control Unit
Bureau of Investigation
901 R.S. Gass Boulevard
Nashville, TN 37216-2639

Attorney General Christopher M. Carr
State of Georgia
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Ga 30334

Van Pearlberg, Esq.
Director, Medicaid Fraud Control Unit
Medicaid Fraud Control Unit of Georgia
200 Piedmont Ave., SE

West Tower, 19th Floor
Atlanta, GA  30334

Attorney General Jeff Landry
State of Louisiana
Office of the Attorney General
Post Office Box 94005
Baton Rouge, LA 70804

Ellison C. Travis, Esq. (by email)
Director, Medicaid Fraud Control Unit
P.O. Box 94005
Baton Rouge, LA 70804-9005

Mark H. Wildasin, Esq. (by email)
Chief, Civil Division
Office of the United States Attorney
Middle District of Tennessee
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203

Jason Ehrlinspiel, Esq. (by email)
Assistant United States Attorney
Office of the United States Attorney
Middle District of Tennessee
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203

/s/Michael Hamilton<br>Michael Hamilton