UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

FILED
2021 FEB -2 AM 11: 13
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES of GEORGIA, LOUISIANA, TENNESSEE, and VIRGINIA ex rel. GREGORY FOLSE,<br><br>Plaintiffs<br><br>v.<br><br>CARE SERVICES MANAGEMENT LLC, MARQUIS HEALTH SYSTEMS LLC, MARQUIS MOBILE DENTAL SERVICES, LLC, FLEUR DE LIS MOBILE DENTAL LLC, GEORGIA MOBILE DENTAL LLC, PREMIERE MOBILE DENTISTRY OF VA LLC, and DOES 1-50<br><br>Defendants | Civil Action No. 3:17-cv-01478<br><br>JUDGE TRAUGER |

**MOTION FOR ADMISSION *PRO HAC VICE***

The undersigned counsel for the State of Louisiana hereby moves, pursuant to Rule 83.01 for admission to appear *pro hac vice* in the above captioned action. Pursuant to 29 U.S.C. §1746, I declare under penalty of perjury that the below is true and correct:

1. I hereby certify that I am a member in good standing of the Federal District Court for the Middle District of Louisiana. A certificate of good standing is attached to this motion as Exhibit A;

2. I am not, nor have I ever been, the subject of criminal proceedings; and

3. I have not been the subject of any disciplinary proceedings by any disciplinary authority;

4. I have not been found in contempt by any court or tribunal;

5. I have not been sanctioned pursuant to 28 U.S.C. §1927;

6. I have not been charged, arrested, or convicted of a criminal offense or offenses;

7. I have read and am familiar with Local Rules of Court for the United States Court Middle District of Tennessee; and

8. By seeking admission to practice before this court, I acknowledged that I am responsible for compliance with all rules of this Court and confer disciplinary jurisdiction for any alleged misconduct arising in the course of these proceedings.

9. Additionally, Local Rule 83.01(d)(1) requires that attorneys admitted to appear *pro hac vice* in a civil matter retain local co-counsel to assist with the prosecution of the matter. Because the undersigned counsel represents a governmental entity that has been named in this *qui tam* matter, we request that the requirements of Local Rule 83.01(d)(1) requiring the retention of local co-counsel be waived.

Respectfully Submitted:

Nicholas J. Diez La. Bar 31701
Assistant Attorney General
Medicaid Fraud Control Unit
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70802
Tel: (225)326-6204
Fax: (225)326-6295
Email: diezn@ag.louisiana.gov

## Certificate of Service

I hereby certify that a copy of the foregoing has been electronically served via email on all counsel of record on February 1, 2021.

Nicholas J. Diez
Assistant Attorney General