UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES of GEORGIA, LOUISIANA, TENNESSEE, and VIRGINIA ex rel. GREGORY FOLSE,<br><br>Plaintiffs<br><br>v.<br><br>CARE SERVICES MANAGEMENT LLC, MARQUIS HEALTH SYSTEMS LLC, MARQUIS MOBILE DENTAL SERVICES, LLC, FLEUR DE LIS MOBILE DENTAL LLC, GEORGIA MOBILE DENTAL LLC, PREMIERE MOBILE DENTISTRY OF va LLC, and DOES 1-50<br><br>Defendants | **Civil Action No.** 3:17-cv-01478<br>JUDGE TRAUGER |

**ORDER**

The foregoing motion considered:

**IT IS ORDERED** that:

1. Nicholas J. Diez be admitted *pro hac vice* to appear in the above captioned matter on behalf of the State of Louisiana; and

2. That Local Rule 83.01(d)(1) requiring that attorneys admitted *pro hac vice* in civil matters retain local co-counsel is waived.

Thus signed this _____ day of February, 2021

_____
Judge Aleta A. Trauger
U.S. District Judge