# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA and the STATES of GEORGIA, LOUISIANA, TENNESSEE, and VIRGINIA *ex rel.* GREGORY FOLSE,<br><br>Plaintiffs,<br><br>v.<br><br>CARE SERVICES MANAGEMENT LLC, MARQUIS HEALTH SYSTEMS LLC, MARQUIS MOBILE DENTAL SERVICES LLC, FLEUR DE LIS MOBILE DENTAL LLC, GEORGIA MOBILE DENTAL LLC, PREMIERE MOBILE DENTISTRY OF VA LLC, and DOES 1-50,<br><br>Defendants. | Civil Action No. 3:17-cv-01478<br>JUDGE TRAUGER |

## ORDER

Considering the foregoing Notice of Voluntary Dismissal Without Prejudice of Georgia Mobile Dental LLC and Premiere Mobile Dentistry of VA LLC Only, and the files and records in this case;

**IT IS HEREBY ORDERED**, that Defendants Georgia Mobile Dental LLC and Premiere Mobile Dentistry of VA LLC are Dismissed from this action Without Prejudice.

**IT IS SO ORDERED**, this _____day of _____, 2021.

_____
**ALETA TRAUGER**
United States District Judge