UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *ex rel.* GREGORY FOLSE,<br><br>Plaintiffs,<br><br>v.<br><br>CARE SERVICES MANAGEMENT LLC, et al.,<br><br>Defendants. | Civil Action No. 3:17-cv-01478<br>JUDGE TRAUGER |

## NOTICE OF WITHDRAWAL OF COUNSEL LUKE J. DIAMOND

The undersigned counsel hereby give notice that Luke J. Diamond withdraws as counsel of record for Plaintiff-Relator Gregory Folse in this case. Mr. Diamond is no longer with the law firm of Phillips & Cohen LLP.

Phillips & Cohen LLP, though attorney Erika A. Kelton, and Provost-Umphrey Law Firm LLP, through Michael M. Hamilton, continue to serve as counsel of record for Plaintiff-Relator.

Respectfully Submitted,

/s/ Erika A. Kelton_____
Erika A. Kelton
ekelton@phillipsandcohen.com
PHILLIPS & COHEN LLP
2000 Massachusetts Ave., NW
Washington, DC 20036
Tel: (202) 833-4567

1

/s/ Michael M. Hamilton
Michael Hamilton
mhamilton@pulf.com
PROVOST-UMPHREY LAW FIRM, LLP
4205 Hillsboro Pike, Suite 303
Nashville, TN 37215
Tel: (615) 297-1932
Fax: (615) 297-1986

*Attorneys for Plaintiff-Relator Gregory Folse*