# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ex rel. GREGORY FOLSE,<br><br>          Plaintiffs,<br><br>v.<br><br>CARE SERVICES MANAGEMENT LLC, et al.,<br><br>          Defendants. | Civil Action No. 3:17-cv-1478<br>JUDGE TRAUGER |

## MOTION FOR ADMISSION *PRO HAC VICE*

By and through undersigned counsel, a member of good standing of the Bar of this Court, comes the plaintiff-relator, Gregory Folse, pursuant to Rule 83.01 of the Local Rules of the United States District Court for the Middle District of Tennessee, and respectfully requests an Order from this Court enrolling the following attorney as co-counsel of record in the above-captioned matter:

 James Wiseman
 Phillips & Cohen, LLP
 2000 Massachusetts Ave. NW
 Suite 1000
 Washington, DC 20036
 (202) 833-4567

Mr. Wiseman is ineligible to become a member of the Bar of this Court because he is not a member of the Bar of the State of Tennessee; he is not a resident in this district and does not maintain an office in this district. He is a member in good standing of the bar of the United States District Court for the Southern District of New York. There are no pending disciplinary,

contempt, sanction, or criminal proceedings against Mr. Wiseman in any State or Federal Court. A certificate of good standing from the United States District Court for the Southern District of New York is attached.

          Respectfully submitted,

          s/ Michael Hamilton
          Michael Hamilton (Bar # 010270)
          PROVOST UMPHREY LAW FIRM, LLP
          4205 Hillsboro Pike, Suite 303
          Nashville, Tennessee 37215
          (615) 297-1932
          (615) 297-1986

          Attorney for Plaintiff