# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

_____JAMES   ROGERS   WISEMAN_____ , Bar # _____----_____

was duly admitted to practice in the Court on

_____September 1, 2020_____

and is in good standing as a member of the Bar of this Court

Dated at    500 Pearl St.    On    _____September 1, 2020_____
New York, New York

_____Ruby J. Krajick_____    By    _____[signature]_____
Clerk of Court                                Deputy Clerk