# CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2021, I caused to be served the Motion to Amend (Motion for Admission Pro Hac Vice) on the following in the following manner:

By CM/ECF or Email:

Herbert H. Slatery III
Attorney General and Reporter
State of Tennessee
Philip Bangle
Scott Corley
Assistant Attorneys General
Medicaid Fraud & Integrity Division
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-3054
Philip.Bangle@ag.tn.gov
Scott.Corley@ag.tn.gov

Mark Wildasin
Civil Chief
United States Attorney's Office
Middle District of Tennessee
110 9th Ave South, Suite A-961
Nashville, TN 37203-3870
(615) 736-5151
Mark.Wildasin@usdoj.gov

Nicholas J. Diez
Assistant Attorney General
Louisiana Department of Justice
P.O. Box 94005
Baton Rouge, LA 70804
DiezN@ag.louisiana.gov

Erika A. Kelton
James Wiseman
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue, NW
Washington, DC 20036
(202) 833-4567
EKelton@phillipsandcohen.com
JWiseman@phillipsandcohen.com

Sara E. Vann
Assistant Attorney General
Medicaid Fraud Division
Georgia Department of Law
200 Piedmont Avenue, S.E.
West Tower 19th Floor
Atlanta, GA 30334
(404) 656-4998
SVann@law.ga.gov

Kimberly M. Bolton
Assistant Attorney General
Office of the Attorney General
Commonwealth of Virginia
202 North Ninth Street
(804) 786-2071
Richmond, VA 23219
KBolton@oag.state.va.us

/s/Michael Hamilton
Michael Hamilton