# Exhibit 5

# Marquis Mobile Dental Services

May 8, 2020

TN Health Connections
P.O. Box 305240
Nashville, TN 37230 – 5240

Attention: Item D Approvals

We are the dental provider for **Grace Healthcare of Decatur.**

We are submitting these Item-d approvals for our visits on **02/26/2020.**

When you are finished processing these Item-d's, please mail or fax the enclosed itemized list with the effective dates and whether payments are split over several months.

If you should have any questions, please feel free to call me at 615-225-0972

Sincerely,

Lori Stephens
Billing Director

Marquis Mobile Dental Services * P.O. Box 332640* Murfreesboro, TN 37133
Office: 615-225-8913 Fax: 615-225-0963

MARQUIS MOBILE DENTAL SERVICES

## REQUEST FOR ITEM D APPROVAL

**FACILITY : Grace Health Care of Decatur**

**DATE OF SERVICE: 2/26/2020**

*Return Options:* billing@caresmllc.com
*FAX: 615-225-0963*
*P.O. Box 332640, Murfreesboro, TN 37133*

| | RESIDENT NAME | SS# | DOB | AMOUNT | Effective Month(s) |
|---|---|---|---|---|---|
| 1 | | | | $85.82 | |
| 2 | | | | | |
| | | Total | | $85.82 | JN |



# Please Return Invoice with Payment

Marquis Mobile Dental Services
P.O. Box 332640
Murfreesboro, TN 37133

| Invoice #: |
|---|
| INV-199344-Y9J3K4 |

**Patient Information**
Grace Healthcare of Decatur
**PT:**
**DOB:**
**SSN:**
**Facility Ph#:** 423-334-3002

**Date of Service:** 2/26/2020 **Date of Invoice Generation:** 5/8/2020

| Item | Description | Price Each | Amount |
|---|---|---|---|
| D9310 | **Consultation and review of patient's medical history in use of proposed treatment modalities -** Consultation/Gathering and review of patient's medical history, in use of proposed treatment modalities. Medical history information discussed between the nursing staff, the facility, and/or family members. | $61.42 | $61.42 |
| D0120 | **Periodic Oral Evaluation -** Periodic Oral Evaluation-established patient: An evaluation performed on a patient of record to determine any changes in the patient's dental and medical health status since a previous comprehensive or periodic evaluation. Report additional diagnostic. | $24.40 | $24.40 |

**Total Amount:** $85.82
**Payments/Credits:** $0.00
**Balance Due:** $85.82

**Dentist Name / License#: John Paffrath DS4216**

If you have any questions, please feel free to contact our billing department at billing@caresmllc.com or 615-225-8913.

**Our prices are in accordance with the fee schedule provided by the Department of Human Services. Please notate the invoice number on any payments made. Thank you!

# Dental Treatment Note

**State:** TN **Date:** 2/26/2020

**Patient:**

1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16

**Provider:** Marquis Mobile Dental Services

**Dentist:** John Paffrath

**Facility:** Grace Healthcare of Decatur

32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Treatment Notes:** Periodic review of medical hx completed. IOE completed. (-) OCS. No images completed. No pain or discomfort noted by patient. Pt tolerated examination very well. Tissues are healthy. Adjusted F/F. F/F fits well.

**Treatment Plan:** Check-fit

**Periodontal Involvement:**

**Tissue Status:** Healthy **Gross Calculus:** No

**Mental Status:** Cooperative

| CDT: | Description: | Tooth: | Surface(s): | Quad: | Qty: |
|---|---|---|---|---|---|
| D9310 | Consultation and review of patient's medical history in use of proposed treatment modalities | | | | 1 |
| D0120 | Periodic Oral Evaluation | | | | 1 |

DocuSigned by: 228838D33AF0423...

DocuSigned by: Jason Ochoa 4865811E808743C...

DocuSigned by: 1874C8EA503C481...

... on behalf of Patient.

... medical services for ... medical ... provide ... all medical services ... currently ... medical needs.

... therapy ... periodic ... Denture Relines, Impressions, New ... lease ... (fore) ... and providing Patient with ... necessary ... es.

... primary care ... ations

... of pro ... medical

... of a licensed physician ... of CSM but an independent licensed ... medicine may be used for ... health care providers at ... information may be used to diagnosis, ... to an ... tools to ... against ...

... necessary ... sent ... provider chosen by CSM to ... services, which are ... and ... x-ray

... By ... proper treatment and

... nursing ... oral cavity for ... of disease ... smoothing of broken

12-21-2019

For