UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATES OF GEORGIA, LOUISIANA, TENNESSEE, AND VIRGINIA, EX REL. GREGORY FOLSE | CASE NO. 17-cv-01478 <br><br> DISTRICT JUDGE ALETA A. TRAUGER |
| v. | MAGISTRATE JUDGE FRENSLEY |
| CARE SERVICES MANAGEMENT, LLC, ET AL | |

# **ORDER**

Upon motion of Sally B Daly DDS LLC d/b/a Fleur de Lis Mobile Dental for an extension of time to file responsive pleadings to the Complaint;

**IT IS ORDERED** that Sally B Daly DDS LLC d/b/a Fleur de Lis Mobile Dental be granted until April 27, 2021 within which to file responsive pleadings to the Complaint.

It is so ORDERED.

_____
JUDGE ALETA A. TRAUGER