

# Tennessee State Veterans' Home  *Humboldt*

## For More Information Call (731) 784-8405

**W.D. "Bill" Manning Tennessee State Veterans' Home**

2865 Main Street
Humboldt, TN 38343
(731) 784-8405

Home

Our Facility

Admission Information

Activities Calendar

Resources

Employment Opportunities

Map & Directions

Contact Us

TSVH Home Page

# Contact Us



Thank you for visiting our web site. Please contact us if you have questions or would like to schedule a tour of our facility.

W.D. "Bill Manning
Tennessee State Veterans' Home
2865 Main Street
Humboldt, TN 38343

Phone: (731) 784-8405
Fax: (731) 784-2448

- Or -

Contact our admissions director via E-mail

adhumboldt@tsvh.org



**Greg Turnbo
Administrator
gturnbo@tsvh.org**



## CONTRACT
(no cost contract, involving no monetary obligation between the parties, with an individual, business, non-profit, or government entity of another state or country)

| Begin Date | End Date | Agency Tracking # | Edison ID |
|---|---|---|---|
| April 1, 2014 | March 31, 2019 | 32380-00014-EX | |

| Contractor Legal Entity Name | Edison Vendor ID (optional) |
|---|---|
| Care Services Management | |

**Service Caption**
Dental services for residents of facilities operated by Tennessee State Veterans' Homes Board

**Ownership/Control**

| ☐ African American | ☐ Asian | ☐ Hispanic | ☐ Native American | ☐ Female |
|---|---|---|---|---|
| ☐ Person w/Disability | ☒ Small Business | ☐ Government | ☒ NOT Minority/Disadvantaged | |
| ☐ Other | | | | |

**Selection Method & Process Summary** (mark the correct response to confirm the associated summary)

| ☐ RFP | The procurement process was completed in accordance with the approved RFP document and associated regulations. |
|---|---|
| ☐ Competitive Negotiation | The predefined, competitive, impartial, negotiation process was completed in accordance with the associated, approved procedures and evaluation criteria. |
| ☐ Alternative Competitive Method | The predefined, competitive, impartial, procurement process was completed in accordance with the associated, approved procedures and evaluation criteria. |
| ☐ Non-Competitive Negotiation | The non-competitive contractor selection was completed as approved, and the procurement process included a negotiation of best possible terms & price. |
| ☒ Other | The contractor selection was directed by law, court order, settlement agreement, or resulted from the state making the same agreement with all interested parties or all parties in a predetermined "class." |

*OCR USE - NC*



## CONTRACT
### BETWEEN THE STATE OF TENNESSEE,
### TENNESSEE STATE VETERANS' HOMES BOARD
### AND
### CARE SERVICES MANAGEMENT

This Contract, by and between the State of Tennessee, Tennessee State Veterans' Homes Board, hereinafter referred to as the "State" and Care Services Management, hereinafter referred to as the "Contractor," is for the provision of on-site mobile dental services for residents of the Tennessee State Veterans' Homes Board ("TSVHB") facilities, as further defined in the "SCOPE OF SERVICES."

The Contractor is a Limited Liability Company.
Contractor Place of Incorporation or Organization: Tennessee

**A.  SCOPE OF SERVICES:**

A.1.  Contractor shall provide dentists and dental personnel, licensed in the State of Tennessee, to provide on-site mobile dental services for residents of the TSVHB facilities who need and elect to utilize such services.

A.2.  Definitions.

    **a.**  TSVHB facilities shall mean the existing TSVHB facilities listed below and the TSVHB facilities planned for Clarksville, Bradley County, and Shelby County, if opened during the term of this contract. The existing TSVHB facilities are:

        **i.**  Tennessee State Veterans' Home, 345 Compton Road, Murfreesboro, TN 37130, (615) 895-8850

        **ii.**  W.D. Manning Tennessee State Veterans' Home, 2865 Main Street, Humboldt, TN 38343, (731) 784-8405

        **iii.**  Senator Ben Atchley Tennessee State Veterans' Home, One Veterans Way, Knoxville, TN 37931, (865) 862-8152

    The Clarksville TSVHB facility, located at 250 Arrowood Drive, is expected to open in the first quarter of 2015.

A.3.  Contractor shall coordinate routine visits every three (3) months, unless the TSVHB facility site merits monthly or bi-monthly visits to insure proper dental care and to keep the TSVHB facility in compliance with State of Tennessee dental and long-term care regulations.

A.4.  Contractor shall provide evaluation and treatment of residents' conditions to ensure proper dental care. Routine dental care shall include, but is not limited to, routine exams for signs of disease, diagnosis and treatment plans for dental disease, cleanings, intraoral radiographs, treatment of diseased oral tissue, prosthodontics procedures (dentures both full and partials), denture plate adjustments and relines, extractions, fillings (if applicable), and periodontics.

A.5.  Contractor shall respond to each facility's additional requests for services in a timely manner, not to exceed ten (10) days for routine services. Contractor will respond in emergency situations within twenty-four (24) hours.

A.6.  Contractor shall also provide accurate and timely documentation of services or treatment rendered, giving the appropriate facility a copy of the dental progress note for the resident's medical record. This dental progress note will be a detailed account of the resident's dental visit with recommendations for further dental care.



A.7.   Contractor shall provide billing information to facility as necessary for services provided to residents of the facility.

A.8.   Contractor services conveyed by its on-site mobile dental unit shall be scheduled and coordinated through the designated facility representative. Contractor shall not have unlimited access to residents. A facility employee will be assigned to transport residents to and from the area where service will be performed.

A.9.   Each facility shall assist and use its best efforts to arrange for a minimum of ten (10) residents to be seen on each mobile unit visit. Initial Dental Examination and Treatment Plan Consultation for the dental needs of TBVH residents and/or dental deliveries may be conducted in the Facility apart from having the mobile dental unit on-site.

A.10.  Each facility shall respond to Contractor's requests for information in a timely manner and shall provide copies of resident face-sheets for those residents approved for treatment, liability information and accurate and timely documentation and billing information as necessary to assist in the processing of services provided.

A.11.  Contractor shall obtain consent for dental services either from the resident or from the resident's responsible party. Contractor shall provide a copy of properly authorized consent for treatment to the facility prior to initiation of treatment. Facility staff will provide Contractor with contact information as needed.

A.12.  Contractor shall bill residents or their responsible parties or their third party payer sources in accordance with an established fee schedule to be provided to each facility. Such fee schedule shall be determined based upon CDT-3, dental procedure codes as promulgated by the American Dental Association. Contractor will follow the CDT-3 fee schedule without variance, unless Contractor discounts such charges for residents of the facilities, provided that any such discount shall be made in accordance with all applicable law including, but not limited to, the Anti-Kickback Statute Discount Safe Harbor found at 42 C.F.R. § 1001.952(h). Contractor is responsible for all billing and shall submit request for Item D approval to the appropriate office of the Tennessee Department of Human Services, if applicable, and shall be responsible for providing any necessary clinical documentation necessary to obtain approval for payment. Amended fee schedules (to include any discounts) will be provided to each facility thirty (30) days prior to effective date of amendment.

A.13.  Facilities agree to cooperate as necessary with Contractor to facilitate billing for Contractor's services including, if and as necessary, access to a resident's medical or dental files and patient Medicaid liability information with regard to reimbursement for services rendered during the term of this agreement (but this obligation shall survive the termination of this agreement to the extent necessary to compensate Contractor for his services to residents of facility). Contractor shall submit a request for Item D approval to the appropriate office of the Tennessee Department of Human Services, if applicable, and shall be responsible for providing any necessary clinical documentation necessary to obtain approval for payment.

A.14.  Patient Trust Residents: Facility shall indicate to Contractor those residents whose funds are maintained in patient trust by the facility. Facility agrees to pay Provider from such active trust accounts any amounts due provider for dental services within thirty (30) days of receipt of the monies generated by Item D, from the Tennessee Department of Human Services in accordance with Tennessee State law. No payment will be made if there is a problem with the Item D approval until it is corrected. Contractor will furnish a copy of properly authorized consent form to Patient Trust Custodian.

A.15.  Private Pay, Non-Medicaid Residents. Contractor shall obtain prior approval from Responsible Party and bill them directly for services rendered. Should Contractor determine that the dental

2

Case 3:17-cv-01478   Document 90-5   Filed 03/31/21   Page 4 of 11 PageID #: 510



needs of a resident exceed the resident's financial resources, Contractor shall bring such situation to the attention of the facility to determine the proper course of action prior to implementing the needed services. Facility will assist in efforts to secure a funding source for appropriate treatment.

A.16. Contractor warrants that all dental personnel shall have the qualifications, certifications, and/or licenses necessary under federal and state law and regulations to provide the services contemplated by this agreement. Contractor shall provide Facility, prior to the commencement of any dental services to residents of the Facility, with a copy of all such certifications and licenses as required in the State of Tennessee.

A.17. Contractor shall perform all services under this Agreement, and shall ensure that its dentists and technicians provide such services in accordance with all applicable law, any and all regulatory and accreditation standards applicable to the Facilities, including, without limitation, those requirements imposed by the Joint Commission on Accreditation of Healthcare Organizations, the Medicare/Medicaid conditions of participation and any amendments thereto.

A.18. Each facility agrees to make available to the mobile unit sufficient space in the facility, with access to water supply and appropriate electrical connections to meet with and provide services to residents as required by this agreement.

A.19. It is agreed that this contract is entered into for the convenience of both parties and to provide the best quality care for TSVH residents. Nothing contained herein shall be construed in such a manner as to grant to Contractor exclusive rights to treat TSVH residents. Residents and their families shall, at all times, retain the right to select his/her provider of choice, and the TSVHB shall retain the right to contract with other providers in order to ensure quality care for residents.

B. CONTRACT PERIOD:

This Contract shall be effective for the period beginning April 1, 2014, and ending on March 31, 2019.

C. PAYMENT TERMS AND CONDITIONS:

There shall be no cost to the State for the performance of services under this contract.

D. STANDARD TERMS AND CONDITIONS:

D.1. Required Approvals. The State is not bound by this Contract until it is signed by the contract parties and approved by appropriate officials in accordance with applicable Tennessee laws and regulations (depending upon the specifics of this contract, said officials may include, but are not limited to, the Commissioner of Finance and Administration, the Commissioner of Human Resources, and the Comptroller of the Treasury).

D.2. Modification and Amendment. This Contract may be modified only by a written amendment signed by all parties hereto and approved by both the officials who approved the base contract and, depending upon the specifics of the contract as amended, any additional officials required by Tennessee laws and regulations (said officials may include, but are not limited to, the Commissioner of Finance and Administration, the Commissioner of Human Resources, and the Comptroller of the Treasury).

D.3. Termination for Convenience. The Contract may be terminated by either party by giving written notice to the other, at least thirty (30) days before the effective date of termination. Said termination shall not be deemed a breach of contract. Upon such termination, neither the State nor the Contractor shall have a right to any actual general, special, incidental, consequential, or any other damages whatsoever of any description or amount.

3



D.4.  **Termination for Cause.** If the Contractor fails to properly perform its obligations under this Contract in a timely or proper manner, or if the Contractor violates any terms of this Contract, the State shall have the right to immediately terminate the Contract. Notwithstanding the above, the Contractor shall not be relieved of liability to the State for damages sustained by virtue of any breach of this Contract by the Contractor.

D.5.  **Subcontracting.** The Contractor shall not assign this Contract or enter into a subcontract for any of the services performed under this Contract without obtaining the prior written approval of the State. If such subcontracts are approved by the State, each shall contain, at a minimum, sections of this Contract below pertaining to "Conflict of Interest," "Nondiscrimination," and "Records" (as identified by the section headings). Notwithstanding any use of approved subcontractors, the Contractor shall be the prime contractor and shall be responsible for all work performed.

D.6.  **Conflicts of Interest.** The Contractor warrants that no amount shall be paid directly or indirectly to an employee or official of the State of Tennessee as wages, compensation, or gifts in exchange for acting as an officer, agent, employee, subcontractor, or consultant to the Contractor in connection with any work contemplated or performed relative to this Contract.

D.7.  **Nondiscrimination.** The Contractor hereby agrees, warrants, and assures that no person shall be excluded from participation in, be denied benefits of, or be otherwise subjected to discrimination in the performance of this Contract or in the employment practices of the Contractor on the grounds of handicap or disability, age, race, color, religion, sex, national origin, or any other classification protected by Federal, Tennessee State constitutional, or statutory law. The Contractor shall, upon request, show proof of such nondiscrimination and shall post in conspicuous places, available to all employees and applicants, notices of nondiscrimination.

D.8.  **Prohibition of Illegal Immigrants.** The requirements of Tennessee Code Annotated, Section 12-4-124, et seq., addressing the use of illegal immigrants in the performance of any Contract to supply goods or services to the state of Tennessee, shall be a material provision of this Contract, a breach of which shall be grounds for monetary and other penalties, up to and including termination of this Contract.

   a.  The Contractor hereby attests, certifies, warrants, and assures that the Contractor shall not knowingly utilize the services of an illegal immigrant in the performance of this Contract and shall not knowingly utilize the services of any subcontractor who will utilize the services of an illegal immigrant in the performance of this Contract. The Contractor shall reaffirm this attestation, in writing, by submitting to the State a completed and signed copy of the document at Attachment A, hereto, semi-annually during the period of this Contract. Such attestations shall be maintained by the Contractor and made available to state officials upon request.

   b.  Prior to the use of any subcontractor in the performance of this Contract, and semi-annually thereafter, during the period of this Contract, the Contractor shall obtain and retain a current, written attestation that the subcontractor shall not knowingly utilize the services of an illegal immigrant to perform work relative to this Contract and shall not knowingly utilize the services of any subcontractor who will utilize the services of an illegal immigrant to perform work relative to this Contract. Attestations obtained from such subcontractors shall be maintained by the Contractor and made available to state officials upon request.

   c.  The Contractor shall maintain records for all personnel used in the performance of this Contract. Said records shall be subject to review and random inspection at any reasonable time upon reasonable notice by the State.

4



  d.  The Contractor understands and agrees that failure to comply with this section will be subject to the sanctions of Tennessee Code Annotated, Section 12-4-124, et seq. for acts or omissions occurring after its effective date. This law requires the Commissioner of Finance and Administration to prohibit a contractor from contracting with, or submitting an offer, proposal, or bid to contract with the State of Tennessee to supply goods or services for a period of one year after a contractor is discovered to have knowingly used the services of illegal immigrants during the performance of this Contract.

  e.  For purposes of this Contract, "illegal immigrant" shall be defined as any person who is not either a United States citizen, a Lawful Permanent Resident, or a person whose physical presence in the United States is authorized or allowed by the federal Department of Homeland Security and who, under federal immigration laws and/or regulations, is authorized to be employed in the U.S. or is otherwise authorized to provide services under the Contract.

D.9.  **Records.** The Contractor shall maintain documentation of services rendered under this Contract. The books, records and documents of the Contractor, insofar as they relate to work performed under this Contract, shall be maintained for a period of three (3) full years from the final date of this Contract and shall be subject to audit, at any reasonable time and upon reasonable notice, by the State, the Comptroller of the Treasury, or their duly appointed representatives.

D.10.  **Monitoring.** The Contractor's activities conducted and records maintained pursuant to this Contract shall be subject to monitoring and evaluation by the State, the Comptroller of the Treasury, or their duly appointed representatives.

D.11.  **Strict Performance.** Failure by any party to this Contract to insist in any one or more cases upon the strict performance of any of the terms, covenants, conditions, or provisions of this Contract shall not be construed as a waiver or relinquishment of any such term, covenant, condition, or provision. No term or condition of this Contract shall be held to be waived, modified, or deleted except by a written amendment signed by the parties hereto.

D.12.  **Independent Contractor.** The parties hereto, in the performance of this Contract, shall not act as employees, partners, joint venturers, or associates of one another. It is expressly acknowledged by the parties hereto that such parties are independent contracting entities and that nothing in this Contract shall be construed to create an employer/employee relationship or to allow either to exercise control or direction over the manner or method by which the other transacts its business affairs or provides its usual services. The employees or agents of one party shall not be deemed or construed to be the employees or agents of the other party for any purpose whatsoever.

  The Contractor, being an independent contractor and not an employee of the State, agrees to carry adequate public liability and other appropriate forms of insurance, including adequate public liability and other appropriate forms of insurance on the Contractor's employees, and to pay all applicable taxes incident to this Contract.

D.13.  **State Liability.** The State shall have no liability except as specifically provided in this Contract.

D.14.  **Force Majeure.** The obligations of the parties to this Contract are subject to prevention by causes beyond the parties' control that could not be avoided by the exercise of due care including, but not limited to, natural disasters, riots, wars, epidemics, or any other similar cause.

D.15.  **State and Federal Compliance.** The Contractor shall comply with all applicable State and Federal laws and regulations in the performance of this Contract.

D.16.  **Governing Law.** This Contract shall be governed by and construed in accordance with the laws of the State of Tennessee. The Contractor agrees that it will be subject to the exclusive jurisdiction of the courts of the State of Tennessee in actions that may arise under this Contract. The

5



Contractor acknowledges and agrees that any rights or claims against the State of Tennessee or its employees hereunder, and any remedies arising therefrom, shall be subject to and limited to those rights and remedies, if any, available under *Tennessee Code Annotated*, Sections 9-8-101 through 9-8-407.

D.17. **Completeness.** This Contract is complete and contains the entire understanding between the parties relating to the subject matter contained herein, including all the terms and conditions of the parties' agreement. This Contract supersedes any and all prior understandings, representations, negotiations, and agreements between the parties relating hereto, whether written or oral.

D.18. **Severability.** If any terms and conditions of this Contract are held to be invalid or unenforceable as a matter of law, the other terms and conditions hereof shall not be affected thereby and shall remain in full force and effect. To this end, the terms and conditions of this Contract are declared severable.

D.19. **Headings.** Section headings of this Contract are for reference purposes only and shall not be construed as part of this Contract.

E. **SPECIAL TERMS AND CONDITIONS:**

E.1. **Conflicting Terms and Conditions.** Should any of these special terms and conditions conflict with any other terms and conditions of this Contract, these special terms and conditions shall control.

E.2. **Communications and Contacts.** All instructions, notices, consents, demands, or other communications required or contemplated by this Contract shall be in writing and shall be made by certified, first class mail, return receipt requested and postage prepaid, by overnight courier service with an asset tracking system, or by EMAIL or facsimile transmission with recipient confirmation. Any such communications, regardless of method of transmission, shall be addressed to the respective party at the appropriate mailing address, facsimile number, or EMAIL address as set forth below or to that of such other party or address, as may be hereafter specified by written notice.

The State:

Pam Hayden-Wood, Director of Risk Management
Tennessee State Veterans' Homes Board
P.O. Box 11326
Murfreesboro, TN 37129
phayden-wood@tsvh.org
Telephone # 615-225-1804
FAX # 615-225-1816

The Contractor:

Keri Irithavong, Director of Operations
Care Services Management
730A Middle Tennessee Suite #10 Murfreesboro, TN 37129
P.O. Box 331102, Murfreesboro, TN 37133
kirithavongcsm@gmail.com
Telephone # 615-653-9105 cell      625-225-0975 office
Fax # 615-525-2991

All instructions, notices, consents, demands, or other communications shall be considered effectively given upon receipt or recipient confirmation as may be required.

6



E.3   Tennessee Department of Revenue Registration. The Contractor shall be registered with the Department of Revenue for the collection of Tennessee sales and use tax. This registration requirement is a material requirement of this Contract.

E.4.   Insurance. The Contractor shall carry adequate liability and other appropriate forms of insurance.

    a.   The Contractor shall maintain, at minimum, the following insurance coverage:

      (1)   Workers' Compensation/Employers' Liability (including all states coverage) with a limit not less than the relevant statutory amount or one million dollars ($1,000,000) per occurrence for employers' liability whichever is greater.

      (2)   Comprehensive Commercial General Liability (including personal injury & property damage, premises/operations, independent contractor, contractual liability and completed operations/products) with a bodily injury/property damage combined single limit not less than one million dollars ($1,000,000) per occurrence and two million dollars ($2,000,000) aggregate.

      (3)   Automobile Coverage (including owned, leased, hired, and non-owned vehicles) with a bodily injury/property damage combined single limit not less than one million dollars ($1,000,000) per occurrence.

      (4)   Professional Malpractice Liability with a limit of not less than one million dollars ($1,000,000) per claim and two million dollars ($2,000,000) aggregate.

    e.   At any time State may require the Contractor to provide a valid Certificate of Insurance detailing Coverage Description; Insurance Company & Policy Number; Exceptions and Exclusions; Policy Effective Date; Policy Expiration Date; Limit(s) of Liability; and Name and Address of Insured. Failure to provide required evidence of insurance coverage shall be a material breach of this Contract.

E.5.   Confidentiality of Records. Strict standards of confidentiality of records and information shall be maintained in accordance with applicable state and federal law. All material and information, regardless of form, medium or method of communication, provided to the Contractor by the State or acquired by the Contractor on behalf of the State shall be regarded as confidential information in accordance with the provisions of applicable state and federal law, state and federal rules and regulations, departmental policy, and ethical standards. Such confidential information shall not be disclosed, and all necessary steps shall be taken by the Contractor to safeguard the confidentiality of such material or information in conformance with applicable state and federal law, state and federal rules and regulations, departmental policy, and ethical standards.

The Contractor's obligations under this section do not apply to information in the public domain; entering the public domain but not from a breach by the Contractor of this Contract; previously possessed by the Contractor without written obligations to the State to protect it; acquired by the Contractor without written restrictions against disclosure from a third party which, to the Contractor's knowledge, is free to disclose the information; independently developed by the Contractor without the use of the State's information; or, disclosed by the State to others without restrictions against disclosure. Nothing in this paragraph shall permit Contractor to disclose any information that is confidential under federal or state law or regulations, regardless of whether it has been disclosed or made available to the Contractor due to intentional or negligent actions or inactions of agents of the State or third parties.

It is expressly understood and agreed the obligations set forth in this section shall survive the termination of this Contract.

7



E.6.    HIPAA Compliance. The State and Contractor shall comply with obligations under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and its accompanying regulations.

   a.    Contractor warrants to the State that it is familiar with the requirements of HIPAA and its accompanying regulations, and will comply with all applicable HIPAA requirements in the course of this Contract.

   b.    Contractor warrants that it will cooperate with the State, including cooperation and coordination with State privacy officials and other compliance officers required by HIPAA and its regulations, in the course of performance of the Contract so that both parties will be in compliance with HIPAA.

   c.    The State and the Contractor will sign documents, including but not limited to business associate agreements, as required by HIPAA and that are reasonably necessary to keep the State and Contractor in compliance with HIPAA. This provision shall not apply if information received by the State under this Contract is NOT "protected health information" as defined by HIPAA, or if HIPAA permits the State to receive such information without entering into a business associate agreement or signing another such document.

E.7.    Debarment and Suspension. The Contractor certifies, to the best of its knowledge and belief, that it, its current and future principals, its current and future subcontractors and their principals:

   a.    are not presently debarred, suspended, proposed for debarment, declared ineligible, or voluntarily excluded from covered transactions by any federal or state department or agency;

   b.    have not within a three (3) year period preceding this Contract been convicted of, or had a civil judgment rendered against them from commission of fraud, or a criminal offence in connection with obtaining, attempting to obtain, or performing a public (federal, state, or local) transaction or grant under a public transaction; violation of federal or state antitrust statutes or commission of embezzlement, theft, forgery, bribery, falsification, or destruction of records, making false statements, or receiving stolen property;

   c.    are not presently indicted or otherwise criminally or civilly charged by a government entity (federal, state, or local) with commission of any of the offenses detailed in section b. of this certification;  and

   d.    have not within a three (3) year period preceding this Contract had one or more public transactions (federal, state, or local) terminated for cause or default.

The Contractor shall provide immediate written notice to the State if at any time it learns that there was an earlier failure to disclose information or that due to changed circumstances, its principals or the principals of its subcontractors are excluded or disqualified.

E.8.    Disclosure of Personal Identity Information. The Contractor shall report to the State any instances of unauthorized disclosure of confidential information that come to the attention of the Contractor. Any such report shall be made by the Contractor within twenty-four (24) hours after the instance has come to the attention of the Contractor. The Contractor, at the sole discretion of the State, shall provide no cost credit monitoring services for individuals that are deemed to be part of a potential disclosure. The Contractor shall bear the cost of notification to individuals having personal identity information involved in a potential disclosure event, including individual letters and/or public notice.

IN WITNESS WHEREOF,

8



CARE SERVICES MANAGEMENT:

_Jenny McLaughlin_                          2/26/14
**CONTRACTOR SIGNATURE**                          **DATE**

_Jenny McLaughlin, Director of Operations_
**PRINTED NAME AND TITLE OF CONTRACTOR SIGNATORY (above)**

TENNESSEE STATE VETERANS' HOMES BOARD:

                                     2/26/14
**MARY B. ROSS, CHAIRMAN**                    **DATE**

APPROVED:

                                     Mar 4, 2014
**COMMISSIONER OF VETERANS AFFAIRS**            **DATE**

_Michael J. Perry_                            3-12-14
**CHIEF PROCUREMENT OFFICER**                  **DATE**

_Justin P. Wilson_                            4/16/14
**COMPTROLLER OF THE TREASURY**               **DATE**