IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| The STATES of TENNESSEE and LOUISIANA *ex rel.* GREGORY FOLSE, <br><br>Plaintiffs, <br><br>v. <br><br>MARQUIS "MARK" NAPPER, JOSHUA KILGORE, DANIEL BIRD, CARE SERVICES MANAGEMENT LLC, MARQUIS HEALTH SYSTEMS LLC, MARQUIS MOBILE DENTAL SERVICES LLC, and SALLY B DALY DDS LLC d/b/a FLEUR DE LIS MOBILE DENTAL, <br><br>Defendants. | Civil Action No. 3:17-cv-01478 <br>JUDGE TRAUGER <br><br>Jury trial requested |

**DEFENDANTS' MOTION FOR JOINDER OR, IN THE ALTERNATIVE, TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(7)**

Come now, Defendants, by and through the undersigned counsel, and for their Motion for Joinder pursuant to Fed. R. Civ. P. 19, Or, In the Alternative, to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(7), state as follows:

1. The States of Tennessee and Louisiana have accused Defendants of conspiring with over two hundred (200) long term care facilities ("LTC's") in Tennessee alone, along with various medical providers, to commit fraud against those states. The business arrangement between Defendants, the LTC's and medical providers has been successful for over fourteen (14) years, has provided substantial benefits to the LTC's and providers, and has assisted the LTC's in fulfilling their legal obligations under both federal and state Medicaid laws. Despite these benefits, *which Plaintiffs expressly admit*, Plaintiffs alleges that the business arrangement somehow constitutes a conspiracy among Defendants, the LTC's and the medical providers. Although Plaintiffs alleges a conspiracy, Plaintiffs have inexplicably declined to name the LTC's as defendants.

2. Pursuant to Fed. R. Civ. P. 19(a)(1): "[a] person who is subject to service of process and whose joinder will not deprive the court of subject-matter jurisdiction must be joined as a party if: (A) in that person's absence the court cannot accord complete relief among existing parties; or (B) that person claims an interest relating to the subject of the action and is so situated that disposing of the action in the person's absence may: (ii) leave an existing party subject to a substantial risk of incurring double, multiple, or otherwise inconsistent obligations because of the interest."

3. Defendants respectfully insist that the entire complaint is frivolous, without the slightest support, and pursued by a relator with strong financial incentives, as he is a direct competitor to the Defendants. Defendants are concurrently filing a motion to dismiss for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6).

4. If this Court grants Defendants' motion to dismiss, this Motion for Joinder will become moot.

5. In the event this Court denies the motion to dismiss, Defendants move this Court for an order granting joinder, finding that the LTC facilities are necessary parties, and ordering that they be joined as defendants. Alternatively, Defendants move this Court for an order dismissing this matter in its entirety pursuant to Fed. R. Civ. P. 12(b)(7).

6. The LTC facilities in Tennessee have a significant interest in this matter, and are so situated that disposing of this case in their absence would impair or impede their ability to protect their interest, and would potentially subject the existing parties to immediate liability.

7. Without the presence of the LTC facilities, the Court will not be able to accord complete relief among the parties and will create the possibility of inconsistent outcomes.

8. Defendants are filing a Memorandum in Support of the Motion concurrently herewith.

WHEREFORE, Defendants pray that if this Court denies their concurrent motion to dismiss, this Court grant this Motion for Joinder and require Plaintiffs to name and serve the individual Long Term Care facilities in the state of Tennessee as defendants in this matter, or in the alternative, dismiss this matter in its entirety pursuant to Fed. R. Civ. P. 12(b)(7).

Respectfully submitted,

THE BLACKBURN FIRM, PLLC


/s/ W. Gary Blackburn
W. Gary Blackburn (#3484)
Bryant Kroll (#33394)
213 Fifth Avenue North, Suite 300
Nashville, TN 37219
P: (615) 254-7770
F: (866) 895-7272
gblackburn@wgaryblackburn.com
bkroll@wgaryblackburn.com
*Attorneys for Defendants Mark Napper,
 Joshua Kilgore, Daniel Bird, CSM, LLC,
Marquis Health Systems, LLC, and
Marquis Mobile Dental Services, LLC,*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served upon the following via this Court's electronic CM/ECF filing system:

| | |
|---|---|
| Mark Wildasin | Sara E. Vann |
| Civil Chief | Assistant Attorney General |
| United States Attorney's Office | Medicaid Fraud Division |
| Middle District of Tennessee | Georgia Department of Law |
| 110 9th Avenue South, Suite A-961 | 200 Piedmont Avenue, S.E. |
| Nashville, Tennessee 37203-3870 | West Tower, 19th Floor |
| (615) 736-5151 | Atlanta, Georgia 30334 |

Mark.Wildasin@usdoj.gov
*Attorney for the United States of America*

Nicholas J. Diez
Assistant Attorney General
Louisiana Department of Justice
P.O. Box 94005
Baton Rouge, Louisiana 70804
DiezN@ag.louisiana.gov
*Attorney for the State of Louisiana*

Erika A. Kelton
Luke J. Diamond
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue, NW
Washington, DC 20036
(202) 833-4567
EKelton@phillipsandcohen.com
LDiamond@phillipsandcohen.com
*Attorneys for Relator Gregory Folse*

Philip Bangle (#31636)
Scott Corley (#37235)
Tessa Ortiz-Marsh (#36297)
Assistant Attorneys General
Medicaid Fraud & Integrity Division
Office of the Tennessee Attorney General
P.O Box 20207
Nashville, Tennessee 37202-0207
(615) 741-3491
Philip.Bangle@ag.tn.gov
Scott.Corley@ag.tn.gov
Tessa.Ortiz-Marsh@ag.tn.gov
*Attorneys for the State of Tennessee*

(404) 656-4998
SVann@law.ga.gov
*Attorney for the State of Georgia*

Michael Hamilton
Provost-Umphrey Law Firm, LLP
4205 Hillsboro Pike, Suite 303
Nashville, Tennessee 37215
(615) 297-1932
MHamilton@pulf.com
*Attorney for Relator Gregory Folse*

Kimberly M. Bolton
Assistant Attorney General
Office of the Attorney General
Commonwealth of Virginia
202 North Ninth Street
(804) 786-2071
Richmond, Virginia 23219
KBolton@oag.state.va.us
*Attorney for the Commonwealth of Virginia*

This 1st day of April, 2021.

/s/ W. Gary Blackburn
W. Gary Blackburn