IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| The STATES of TENNESSEE and LOUISIANA *ex rel.* GREGORY FOLSE,<br><br>Plaintiffs,<br><br>v.<br><br>MARQUIS "MARK" NAPPER, JOSHUA KILGORE, DANIEL BIRD, CARE SERVICES MANAGEMENT LLC, MARQUIS MOBILE DENTAL SERVICE LLP, MARQUIS HEALTH SYSTEMS LLP, SALLY B DALY DDS LLC d/b/a FLEUR DE LIS MOBILE DENTAL,<br><br>Defendants. | Civil Action No. 3:17-cv-01478<br>JUDGE TRAUGER |

## UNOPPOSED MOTION FOR ADDITIONAL TIME TO RESPOND TO THE CSM DEFENDANTS' MOTIONS TO DISMISS

The states of Tennessee and Louisiana and Relator Gregory Folse, respectfully request, pursuant to Fed. R. Civ. P. 6(b)(1)(A), additional time to respond to the motions to dismiss filed by Defendants Care Services Management LLC, Marquis Health Systems LLC, Marquis Mobile Dental Service LLC, Marquis "Mark" Napper, Joshua Kilgore, and Daniel Bird (the CSM Defendants). The CSM Defendants moved to dismiss the states of Tennessee and Louisiana's Complaint in Intervention on March 31 (Docket No. 89) and April 1, 2021 (Docket No. 95) and to dismiss the Relator's Amended Complaint on April 1, 2021 (Docket No. 93). Responses to these three motions are currently due April 14 and 15, 2021. We are seeking response dates of May 12, 2021.

The defendants do not oppose this motion.

Respectfully submitted,

| STATE OF TENNESSEE | STATE OF LOUISIANA |
| --- | --- |
| | JEFF LANDRY |
| | Attorney General |

*[signature]* April 8, 2021

s// Nicholas J. Diez

HERBERT H. SLATERY III (BPR #009077)
Attorney General and Reporter

Nicholas J. Diez, La. Bar 31701 (Pro Hac Vice)
Matthew P. Stafford, Jr., La. Bar 32706 (Pro Hac Vice)
Assistant Attorneys General
Medicaid Fraud Control Unit
Louisiana Department of Justice
1885 N. Third St.
Baton Rouge, LA 70802
Tel:   (225)326-6210
Fax:   (225)326-6295
Email: staffordm@ag.louisiana.gov
Email: diezn@ag.louisiana.gov

PHILIP BANGLE (BPR #031636)
SCOTT CORLEY (BPR #037235)
TESSA ORTIZ-MARSH (BPR# 036297)
Assistant Attorneys General
Medicaid Fraud & Integrity Division
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202
(615) 741-3054
Philip.Bangle@ag.tn.gov
Scott.Corley@ag.tn.gov
Tessa.Ortiz-Marsh@ag.tn.gov


s// Erika A. Kelton

s// Michael Hamilton

Erika A. Kelton
James Wiseman
PHILLIPS & COHEN LLP
2000 Massachusetts Avenue, NW
Washington, DC 20036
(202) 833-4567
EKelton@phillipsandcohen.com
JWiseman@phillipsandcohen.com
*Attorneys for Relator Gregory Folse*

Michael Hamilton
Provost-Umphrey Law Firm, LLP
4205 Hillsboro Pike, Suite 303
Nashville, Tennessee 37215
(615) 297-1932
MHamilton@pulf.com
*Attorneys for Relator Gregory Folse*

CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on April 8, 2021, I caused to be served the Motion for Additional Time to Respond on the following in the following manner:

By CM/ECF:

| | |
|---|---|
| Kara F. Sweet<br>Assistant United States Attorney<br>United States Attorney's Office<br>Middle District of Tennessee<br>110 9th Avenue South, Suite A-961<br>Nashville, Tennessee 37203-3870<br>(615) 736-5151<br>Kara.Sweet@usdoj.gov | Gary Blackburn<br>Bryant Kroll<br>The Blackburn Firm, PLLC<br>213 Fifth Avenue North, Suite 300<br>Nashville, Tennessee 37219<br>(615) 254-7770<br>bkroll@wgaryblackburn.com<br>gblackburn@wgaryblackburn.com |
| Nicholas J. Diez<br>Matthew P. Stafford<br>Assistant Attorneys General<br>Louisiana Department of Justice<br>P.O. Box 94005<br>Baton Rouge, Louisiana 70804<br>DiezN@ag.louisiana.gov<br>StaffordM@ag.louisiana.gov | Michael Hamilton<br>Provost-Umphrey Law Firm, LLP<br>4205 Hillsboro Pike, Suite 303<br>Nashville, Tennessee 37215<br>(615) 297-1932<br>MHamilton@pulf.com |
| Erika A. Kelton<br>James Wiseman<br>PHILLIPS & COHEN LLP<br>2000 Massachusetts Avenue, NW<br>Washington, DC 20036<br>(202) 833-4567<br>EKelton@phillipsandcohen.com<br>JWiseman@phillipsandcohen.com | Jennifer Weaver<br>Waller, Lansden, Dortch & Davis<br>Nashville City Center<br>511 Union Street, Suite 2100<br>Nashville, Tennessee 37219<br>(615) 244-6380<br>Jennifer.Weaver@wallerlaw.com |
| Bradley C. Myers<br>Linda G. Rodrigue<br>Kean Miller LLP<br>400 Convention Street, Suite 700<br>Baton Rouge, Louisiana 70802<br>(225) 387-0999<br>Brad.Myers@keanmiller.com<br>Linda.Rodrigue@keanmiller.com | */s/ Philip Bangle* |

Philip Bangle