IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| The STATES of TENNESSEE and LOUISIANA *ex rel.* GREGORY FOLSE,<br><br>Plaintiffs,<br><br>v.<br><br>MARQUIS "MARK" NAPPER, JOSHUA KILGORE, DANIEL BIRD, CARE SERVICES MANAGEMENT LLC, MARQUIS MOBILE DENTAL SERVICE LLP, MARQUIS HEALTH SYSTEMS LLP, SALLY B DALY DDS LLC d/b/a FLEUR DE LIS MOBILE DENTAL,<br><br>Defendants. | Civil Action No. 3:17-cv-01478<br>JUDGE TRAUGER |

**ORDER**
_____

The states of Tennessee and Louisiana and Relator Gregory Folse shall have until May 12, 2021 to serve their responses, should they choose to file any, to Docket No. 89 (Motion to Dismiss under Fed. R. Civ. P. 12(b)(1)(6)), Docket No. 95 (Motion for Joinder or to Dismiss under Fed. R. Civ. P. 12(b)(7)), and Docket No. 93 (Motion to Dismiss Relator's Amended Complaint).

IT IS SO ORDERED, this _____ day of April, 2021.

_____
ALETA A. TRAUGER
United States District Judge

1