IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

*[signature]*

| | |
|---|---|
| The STATES of TENNESSEE and LOUISIANA *ex rel.* GREGORY FOLSE,<br><br>Plaintiffs,<br><br>v.<br><br>MARQUIS "MARK" NAPPER, JOSHUA KILGORE, DANIEL BIRD, CARE SERVICES MANAGEMENT LLC, MARQUIS MOBILE DENTAL SERVICE LLP, MARQUIS HEALTH SYSTEMS LLP, SALLY B DALY DDS LLC d/b/a FLEUR DE LIS MOBILE DENTAL,<br><br>Defendants. | Civil Action No. 3:17-cv-01478<br>JUDGE TRAUGER |

## UNOPPOSED MOTION FOR ADDITIONAL TIME TO RESPOND TO THE CSM DEFENDANTS' MOTIONS TO DISMISS

The states of Tennessee and Louisiana and Relator Gregory Folse, respectfully request, pursuant to Fed. R. Civ. P. 6(b)(1)(A), additional time to respond to the motions to dismiss filed by Defendants Care Services Management LLC, Marquis Health Systems LLC, Marquis Mobile Dental Service LLC, Marquis "Mark" Napper, Joshua Kilgore, and Daniel Bird (the CSM Defendants). The CSM Defendants moved to dismiss the states of Tennessee and Louisiana's Complaint in Intervention on March 31 (Docket No. 89) and April 1, 2021 (Docket No. 95) and to dismiss the Relator's Amended Complaint on April 1, 2021 (Docket No. 93). Responses to these three motions are currently due April 14 and 15, 2021. We are seeking response dates of May 12, 2021.

The defendants do not oppose this motion.