UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND THE STATES OF GEORGIA, LOUISIANA, TENNESSEE, AND VIRGINIA, EX REL. GREGORY FOLSE<br><br>v.<br><br>CARE SERVICES MANAGEMENT, LLC, ET AL | CASE NO. 17-cv-01478<br><br>DISTRICT JUDGE ALETA A. TRAUGER<br><br>MAGISTRATE JUDGE FRENSLEY |

### MOTION OF DEFENDANT'S COUNSEL TO WITHDRAW AS ATTORNEYS OF RECORD AND EXTENSION OF TIME TO RESPOND TO DISCOVERY

Pursuant to Local Rule 83.01(g), Linda G. Rodrigue, and on behalf of Bradley C. Myers, and the law firm of Kean Miller LLP; and Jennifer L. Weaver and the law firm of Waller Lansden Dortch & Davis, LLP (collectively, "Movants"), respectfully move to withdraw as attorneys of record for Sally B Daly DDS LLC d/b/a Fleur de Lis Mobile Dental ("Fleur de Lis"). Movants respectfully represent the following.

Jennifer L. Weaver gave Notice of Appearance in this case on behalf of Fleur de Lis on March 8, 2021. (Doc. No. 73.) Bradley C. Myers and Linda G. Rodrigue were admitted *pro hac vice* to represent Fleur de Lis in this case on March 28, 2021. (Doc. No. 75.) Mr. Myers is no longer associated with the Kean Miller LLP law firm, and undersigned counsel for Kean Miller LLP confirms that Mr. Myers consents to his withdrawal from the case. Further, Linda G. Rodrigue and the law firm of Kean Miller, and Jennifer L. Weaver and the law firm of Waller Lansden Dortch and Davis, LLP have notified Sally B. Daly, the principal of Fleur de Lis, of their intention to withdraw as

counsel of record. A copy of the notice is attached to this Motion as Exhibit A. The withdrawal is with the consent of Fleur de Lis.

The trial in this matter is scheduled to begin February 20, 2024. The fact discovery deadline is January 27, 2023, and the expert discovery deadline is July 14, 2023. Accordingly, granting of this Motion will not delay proceedings in this matter.

Movants have conferred with counsel for all other parties regarding the Motion and have been advised by counsel for the Relator, for the State of Louisiana and for the State of Tennessee that they have no objection. To date, Movants have gotten no response from counsel for the other defendants or from the United States Attorney's Office.

Further, Movants represent that on August 24, 2022, Relator served written discovery on Fleur de Lis, and on August 25, 2022, the State of Louisiana served written discovery on Fleur de Lis. Movants respectfully request that Fleur de Lis be granted an extension of 30 additional days to respond to both parties' discovery requests. Movants have conferred with counsel for Relator and for the State of Louisiana and there is no objection by either of them to this request for an extension.

Accordingly, Movants request that the Court enter an Order granting the Motion to withdraw as attorneys of record for Fleur de Lis and granting Fleur de Lis 30 days'

additional time to respond to the discovery requests of Relator and the State of Louisiana.

>Respectfully submitted:
>
>*/s/Linda G. Rodrigue*
>Linda G. Rodrigue (La. # 20599)
>Admitted in Tennessee (TN BPR # 0139380)(Inactive)
>**KEAN MILLER LLP**
>II City Plaza, 400 Convention Street, Suite 700
>Post Office Box 3513 (70821)
>Baton Rouge, Louisiana 70802
>Telephone: (225) 387-0999
>Fax: (225) 388-9133
>linda.rodrigue@keanmiller.com
>
>and
>
>*/s/Jennifer L. Weaver*
>Jennifer L. Weaver
>Waller Lansden Dortch & Davis
>Nashville City Center
>511 Union Street, Suite 2700
>Nashville, Tennessee  37219
>(615) 244-6380
>Jennifer.Weaver@wallerlaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2022, I caused to be served the foregoing *Motion to Withdraw as Counsel of Record and Extension of Time to Respond to Discovery* on the following in the following manner: By CM/ECF:

Kara F. Sweet
U.S. Attorney's Office
Middle District of Tennessee
110 Ninth Avenue S, Suite A-961
Nashville, TN 37203-3870
Phone: (615) 736-2079
Fax: (615) 736-5323
kara.sweet@usdoj.gov
*Counsel for Plaintiff United States
of America, ex rel.*

John R. Glover
W. Anthony Hullender
Tessa Ortiz-Marsh (#36297)
Assistant Attorneys General
Medicaid Fraud & Integrity Division
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
Phone: (615) 741-3054
john.glover@ag.tn.gov
tony.hullender@ag.tn.gov
Tessa.Ortiz-Marsh@tn.gov
*Counsel for The State of Tennessee*

Matthew P. Stafford, Jr.
Nicholas J. Diez
Assistant Attorneys General
Louisiana Department of Justice
P.O. Box 94005
Baton Rouge, LA 70804
Staffordm@ag.louisiana.gov
DiezN@ag.Louisiana.gov
*Counsel for The State of Louisiana*

Erika A. Kelton
James Wiseman
Phillips & Cohen LLP
2000 Massachusetts Avenue N.W.
Washington, DC 20036
Phone: (202) 833-4567
Fax: (202) 833-1815
Ekelton@phillipsandcohen.com
Jwiseman@phillipsandcohen.com
*Counsel for Relator Gregory Folse*

William Michael Hamilton
Provost, Umphrey Law Firm, LLP
4205 Hillsboro Pike, Suite 303
Nashville, TN 37215
Phone: (615) 297-1932
Fax: (615) 297-1986
Mhamilton@pulf.com
*Counsel for Relator Gregory Folse*

Bryant B. Kroll (#33394)
W. Gary Blackburn (#3484)
The Blackburn Firm, PLLC
213 Fifth Avenue North, Suite 300
Nashville, TN 37219
Phone: (615) 254-7770
Fax: (615) 895-7272
bkroll@wgaryblackburn.com
gblackburn@wgaryblackburn.com
*Counsel for Defendant Care Services
Management LLC, Marquis Health
Systems LLC, and Marquis Mobile
Dental Services LLC*

This 26th day of August, 2022.

/s/Jennifer L. Weaver

4855-4628-3056.1
- 4 -
4886-4375-0959 v1
Case 3:17-cv-01478    Document 178    Filed 08/26/22    Page 4 of 4 PageID #: 1964