

LINDA G. RODRIGUE, OF COUNSEL
PH 225.382.3439 DIRECT FAX 225.215.4039
LINDA.RODRIGUE@KEANMILLER.COM

August 10, 2022

**CONFIDENTIAL**

**VIA EMAIL ONLY:** sdalybr@gmail.com

Sally B. Daly
Sally B. Daly DDS LLC
  d/b/a Fleur de Lis Mobile Dental
11822 Justice Avenue
Suite B3
Baton Rouge, LA 70816

        Re:    Sally B Daly DDS LLC d/b/a Fleur de Lis Mobile Dental
                Civil Action No. 3:17-cv-01478
                KM File No. 30184-1

Dear Sally,

      The purpose of this letter is to memorialize our notice to you of the intention of our law firm and its attorneys and of Jennifer Weaver and the law firm of Waller Lansden Dortch & Davis, LLP to withdraw from representing Sally B. Daly DDS LLC d/b/a Fleur de Lis Mobile Dental in the pending *qui tam* lawsuit brought by Gregory Folse and intervened in by the States of Louisiana and Tennessee, Civil Action No. 3:17-cv-01478, in the Middle District of Tennessee, Nashville Division. I have Jennifer's permission to make this representation on behalf of the Waller firm.

      We intend to file the motion to withdraw from the lawsuit in 14 days, no sooner than August 24, 2022, and we have been advised by your counsel, Glenn Edwards, that we may represent to the Court that you consent to the withdrawal.

                                      Very truly yours,

                                      Linda G. Rodrigue

LGR/cu

cc:    Theodore G. ("Glenn") Edwards *(via email)*
        Jennifer Weaver *(via email)*

T 225.387.0999 | F 225.388.9133
II City Plaza | 400 Convention Street Suite 700 | Baton Rouge, LA 70802
Post Office Box 3513 | Baton Rouge, LA 70821
keanmiller.com

4873-3276-5997 v1

Case 3:17-cv-01478   Document 178-1   Filed 08/26/22   Page 1 of 1 PageID #: 1965