# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and the STATES of TENNESSEE, GEORGIA, LOUISIANA, AND VIRGINIA** *ex rel.* **GREGORY FOLSE,**<br><br>States,<br><br>v.<br><br>**MARQUIS "MARK" NAPPER, JOSHUA KILGORE, DANIEL BIRD, CARE SERVICES MANAGEMENT LLC, MARQUIS HEALTH SYSTEMS LLC, MARQUIS MOBILE DENTAL SERVICES LLC, and SALLY B. DALY DDS LLC d/b/a FLEUR DE LIS MOBILE DENTAL, and EXCELHEALTH GROUP, LLC**<br><br>**Defendants.** | **Civil Action No. 3:17-cv-01478**<br>**Judge Aleta A. Trauger** |

## STATE OF TENNESSEE'S MOTION FOR ATTORNEYS' FEES

Pursuant to Court's July 20, 2023 and January 4, 2024 Orders (D.E. 256, 291), the State of Tennessee (the "State") respectfully moves for attorneys' fees in the amount of $15,750.00 incurred in bringing the State's Second Motion to Compel and for Sanctions (D.E. 233).

The fees the State seeks are reasonable, both in number of hours requested and in hourly rates sought. For this reason and those detailed in the accompanying memorandum, the State respectfully requests that this Court award the State $15,750.00, as that amount "reflect[s] the degree to which the Court has found Defendants failed to act as set forth in Fed. R. Civ. P. 37(d)(3)" should be awarded to the State. (D.E. 256.)

| Attorney | Hours Worked | Hours Claimed After Reduction | Hourly Rate | Total Fees |
|---|---|---|---|---|
| John R. Glover | 52.9 | 45.0 | $250 | $11,250.00 |
| Haylie C. Robbins | 16.0 | 12.0 | $250 | $3,000.00 |

1

| | | | | |
|---|---|---|---|---|
| Matthew Dykstra | 6.2 | 0.0 | $425 | $0.00 |
| Taylor M. | 7.2 | 6.0 | $250 | $1,500.00 |
| Nate Casey | 3.0 | 0.0 | $325 | $0.00 |
| | | | | **$ 15,750.00** |

In support of this Motion, the State relies on the following, including all attachments and exhibits:

- Declaration of Wade Davies
- Declaration of John R. Glover
- Declaration of Haylie C. Robbins
- Declaration of Taylor M. Davidson
- Declaration of Matthew Dykstra
- Declaration of Nate Casey

Dated: June 24, 2024

Respectfully submitted,

JONATHAN SKRMETTI
ATTORNEY GENERAL & REPORTER

*/s/ Haylie Robbins*
HAYLIE C. ROBBINS (BPR #038980)
MATTHEW DYKSTRA (BPR #038237)
TAYLOR M. DAVIDSON (BPR # 038514)
Assistant Attorneys General
Tennessee Attorney General's Office
P.O. Box 20207
Nashville, Tennessee 37202
(615) 313-5795
Haylie.Robbins@ag.tn.gov
Matthew.Dykstra@ag.tn.gov
Taylor.davidson@ag.tn.gov

*Counsel for State of Tennessee*

## CERTIFICATE OF MAILING AND/OR DELIVERY

I hereby certify that on June 25, 2024, I caused to be served the foregoing *Motion for Attorneys' Fees* on the following in the following manner:
By CM/ECF:

| | |
|---|---|
| Jae Lim<br>Assistant United States Attorney<br>United States Attorney's Office<br>Middle District of Tennessee<br>110 9th Avenue South, Suite A-961<br>Nashville, Tennessee 37203-3870<br>(615) 736-5151<br>jae.lim@usdoj.gov | Gary Blackburn<br>The Blackburn Firm, PLLC<br>213 Fifth Avenue North, Suite 300<br>Nashville, Tennessee 37219<br>(615) 254-7770<br>gblackburn@wgaryblackburn.com |
| Nicholas J. Diez<br>Matthew P. Stafford<br>Julie Ralph<br>Assistant Attorneys General<br>Louisiana Department of Justice<br>P.O. Box 94005<br>Baton Rouge, Louisiana 70804<br>DiezN@ag.louisiana.gov<br>StaffordM@ag.louisiana.gov<br>RalphJ@ag.louisiana.gov | Michael Hamilton<br>Provost-Umphrey Law Firm, LLP<br>4205 Hillsboro Pike, Suite 303<br>Nashville, Tennessee 37215<br>(615) 297-1932<br>MHamilton@pulf.com |
| Erika A. Kelton<br>John Tremblay<br>PHILLIPS & COHEN LLP<br>2000 Massachusetts Avenue, NW<br>Washington, DC 20036<br>(202) 833-4567<br>EKelton@phillipsandcohen.com<br>JTremblay@phillipsandcohen.com | Mathew Zenner<br>Zenner Law, PLC<br>320 Seven Springs Way, Ste. 250<br>Brentwood, TN 37027<br>(615) 425-3476<br>mzennerlaw@gmail.com |

                                            */s/ Haylie Robbins*
                                            HAYLIE C. ROBBINS
                                            Assistant Attorney General